UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
DAVID COFFEY,

                          Plaintiff,

                          Civil Action 1:25-cv-02365-JAM

      v.

                          (Marutollo, J.)

FRANK BISIGNANO,[1]
Commissioner of Social Security,

                          Defendant.
-----------------------------------------------------------------x

## STIPULATION AND ORDER FOR REMAND

The parties, through their attorneys, hereby stipulate and agree that this Court reverse and remand the final decision of the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g). The parties agree that, on remand, the Commissioner will issue a new decision.

Therefore, based upon the stipulation of the parties, the final decision of the Commissioner is hereby reversed pursuant to sentence four of 42 U.S.C. § 405(g), and the case is remanded for further proceedings consistent with the parties' stipulation. Further, based on the stipulation of the parties, the Clerk of Court is directed to enter final judgment on the complaint in favor of Plaintiff, reversing the final decision of the Commissioner.

Dated: November 24, 2025

---

[1] Frank Bisignano became the Commissioner of Social Security on May 6, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, he should be substituted as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

2

                HAROLD SKOVRONSKY, ESQ.

                *Attorney for Plaintiff*

By:      /s/ *Harold Skovronsky*
                Harold Skovronsky
                1222 Avenue M
                Suite 501
                Brooklyn, NY 11230
                718-336-8886
                Fax: 718-336-8104
                Email: lawhs@aol.com

                JOSEPH NOCELLA, JR.
                *Attorney for Defendant*
                United States Attorney
                Eastern District of New York
                271 Cadman Plaza East, 7th Floor
                Brooklyn, New York 11201

By:      /s/ *Hugh Dun Rappaport*
                Hugh Dun Rappaport
                Special Assistant United States Attorney
                Program Litigation 2
                Social Security Administration
                Law & Policy
                Attn: Program Litigation 2
                6401 Security Boulevard
                Baltimore MD 21235-6401
                (617) 565-2380
                Email: Hugh.Dun.Rappaport@ssa.gov

SO ORDERED:  **11/25/2025**

_____
JOSEPH A. MARUTOLLO
UNITED STATES MAGISTRATE JUDGE